UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS, on behalf of himself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>-against-<br><br>VIOME LIFE SCIENCES, INC.,<br><br>                      Defendant. | 23-CV-9623 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

In light of Plaintiff's Amended Complaint and Defendant's Answer at ECF No. 20, the motion to dismiss at ECF No. 14 is hereby DENIED as moot. The parties are ORDERED to submit a joint status letter to the Court, in accordance with ECF No. 5, by no later than **June 14, 2024**.

Dated: June 3, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            JESSICA G. L. CLARKE
                                            United States District Judge