# The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel:** 718-740-5060 **\*** **Fax:** 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

August 14, 2024

**VIA ECF**
Honorable Judge Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, New York 10007



**Re:** **Kevin Yan Luis v. Viome Life Sciences, Inc. - Case No. 1:23-Cv-09623-JGLC**

To the Honorable Judge Jessica G.L. Clarke,

    Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated July 19, 2024 (Docket No. 26). The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from August 18, 2024 to September 17, 2024. This is the first request for this relief and is on consent of both parties.

    The parties wish to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/ s / Noor A. Saab*
*Attorney for Plaintiff*

---

Application GRANTED. The parties' deadline to reopen this case is extended to **September 17, 2024**. The Clerk of Court is directed to terminate ECF No. 27.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 15, 2024
       New York, New York